## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**JOSEPH M. GOODNOUGH**, Individually and as natural father of minor child J.N., and in behalf of other parents similarly situated.

      Plaintiff

vs.                        **CASE NUMBER: 1:12-cv-173 (NAM/CFH)**

**CARL F. BECKER,** Individually and in his/her capacity as Justice of the Family Court of Delaware County, **GOVERNOR ANDREW CUOMO,** as Chief Executive Officer of the State of New York, **JOHNATHAN LIPPMAN,** as Chief Administrator Officer of the New York Unified Court System, **THE NEW YORK UNIFIED COURT SYSTEM, WILLIAM R. MOON,** Commissioner of Delaware County Social Services, **DELAWARE COUNTY SOCIAL SERVICES, GWEN CHERNOFF,** Individually and as supervisor at Delaware County Social Services, **MICHAEL TROSSET,** Individually and as an attorney, **KRISTA L. NORTHROP,** Individually and as assign "Custodial Agent," **BRUCE MAXSON,** Individually and as an Attorney/Public Defender for Otsego County, **RENEE AULBAUGH, ESQ.,** Individually and as an Attorney, **JOHN ADAMS,** Individually, **BETH ADAMS,** Individually, **BETH ADAMS, II,** Individually, **KEVIN HODGINS,** Individually and **AMANDA FLORIO,** Individually.

      Defendants

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That plaintiff's motion for habeas corpus and removal to federal court is denied. Plaintiff's motion for a preliminary injunction and temporary restraining order is denied. Plaintiff's motion for a temporary restraining order is denied. Plaintiff's motion for a default judgment against Krista L. Northrup is denied. Dismissal motion by Kevin Hodgins is granted. Dismissal motion by Carl F. Becker, Governor Andrew Cuomo and the New York Unified Court System is granted. Dismissal motion by Dismissal motion by Renee Aulnaugh, Esq. is granted. Dismissal motion by Michael Trosset, Esq. is granted. Dismissal motion by Bruce Maxson, Esq. is granted. Dismissal motion by John Adams, Beth Adams and Beth Adams, II is granted. The court dismisses *sua sponte* all claims against defendants William R. Moon, Delaware County {sued as Delaware County Social Services}, Gwen Chernoff, Amanda Florio and Krista L. Northrop. The Amended Complaint is dismissed without leave to replead. The subpoenas issued by the Clerk are quashed.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 16th day of January, 2013.

DATED: January 17, 2013

*Lawrence K. Baerman*
Clerk of Court

s/ _____
Nicole Killius
Deputy Clerk